CHRISTOPHER M. YOUNG, ESQ.
THE COBEAGA LAW FIRM
550 East Charleston Boulevard, Suite D
Las Vegas, Nevada 89104
Telephone: (702) 240-2499
Fax: (702) 240-2489
E-Mail: cyoung@cotomlaw.com
Attorneys for Plaintiff

RICHARD M. WIRTZ
WIRTZ LAW APC
4365 Executive Drive, Suite 1460
San Diego, CA 92121
Telephone: (858) 259-5009
Fax: (858) 259-6008
E-Mail: rwirtz@wirtzlaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| TODD NELSON, | CASE NO.: 2:13-cv-01152-JAD-CWH |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY** |
| FLUOROPHARMA MEDICAL, INC., a Nevada Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff TODD NELSON and Defendant FLUOROPHARMA MEDICAL, INC. (Hereinafter collectively "FLUOROPHARMA") hereby respectfully submit the following Stipulation and Order for Extension of Time to File Opposition and Reply.

Defendant Fluoropharma Medical, Inc. filed a Motion for Summary Judgment against Plaintiff Todd Nelson on April 13, 2015.

Pursuant to this Court's Local Rule 7-2 Plaintiff's Opposition thereto must be filed on or before May 4, 2015, and Defendant must file its Reply on or before May 18, 2015.

Subject to the court's approval, the parties have agreed to reciprocal extensions of time to file the Opposition and Reply papers, such that Plaintiff would file his Opposition on or before May

11, 2015, and Defendant would file its Reply on or before June 4, 2015. No prior requests for extension have been made with respect to the briefing schedule on Defendant's Motion for Summary Judgment.

WHEREFORE, it is hereby stipulated between Plaintiff Todd Nelson and Defendant Fluoropharma Medical, Inc., that Plaintiff Todd Nelson shall file his Opposition to the Motion for Summary Judgment of Defendant Flouropharma Medical, Inc. On or before May 11, 2015;

WHEREFORE, it is hereby stipulated between Plaintiff Todd Nelson and Defendant Fluropharma Medical, Inc., that Defendant Fluorpharma Medical, Inc. shall file its Reply on or before June 4, 2015.

WHEREFORE, it is hereby stipulated between Plaintiff Todd Nelson and Defendant Fluropharma Medical, Inc. that Plaintiff Todd Nelson shall file his Opposition to the Motion for Summary Judgment of Defendant Flouropharma Medical, Inc., on or before May 11, 2015 and Defendant Fluoropharma Medical, Inc. Shall file its Reply on or before June 4, 2015.

DATED this 4th day of May, 2015

| SICHENZIA ROSS FRIEDMAN FERENCE LLP | WIRTZ LAW AAPC |
|---|---|
| /s/ Matthew P. Cannini | /s/ Richard M. Wirtz |
| Matthew P. Cannini (*Pro Hac vice*) | Richard M. Wirtz (*Pro Hac vice*) |
| 61 Broadway, 32nd Floor | 4365 Executive Drive, Suite 1460 |
| New York, NY 10006 | San Diego, California 92121 |
| Attorneys for Fluoropharma Medical, Inc. | Attorneys for Plaintiff Todd Nelson |

## ORDER

IT IS HEREBY ORDERED.   Stipulation [59] is DENIED as moot.

DATED this __4th__ day of May, 2015.

_____
United States District Judge